# United States District Court
# For The Western District of North Carolina
# Asheville Division

Phillip W. Ranney,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                          1:11cv162

Dennis Barnes,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/11 Order.

Signed: July 11, 2011

Frank G. Johns, Clerk
United States District Court